**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6508**

CARISSA BROWN; HENRY BROWN,

Plaintiffs - Appellants,

v.

UNITED STATES; MARIA KATHLEEN VENTO; DAVID S. CAYER; BENJAMIN BAIN-CREED; MAX O. COGBURN, JR.; DAVID KEESLER; DENA JANAE KING; R. ANDREW MURRAY; NICOLAS DOHY; ANGELA SMITH,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:22-cv-00617-KDB-WCM)

Submitted:  September 28, 2023                    Decided:  October 3, 2023

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carissa Eugenia Brown, Henry Brown, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carissa Eugenia Brown appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Brown's complaint, which alleged that Defendants violated her constitutional rights by criminally prosecuting her.[*] We have reviewed the record and find no reversible error. As the district court observed, the majority of Defendants are immune from suit, and Brown's complaint otherwise fails to state a claim for relief. Accordingly, we affirm the court's order. *Brown v. United States*, No. 3:22-cv-00617-KDB-WCM (W.D.N.C. May 19, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although Henry Brown ("Henry") is listed as an appellant, the complaint did not assert any claims on his behalf, and the district court therefore treated Brown as the sole plaintiff. Neither Brown nor Henry contest this treatment on appeal.